**Order entered June 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00677-CV

## IN RE VIRGIE BERNICE WHITWORTH, Relator

**Original Proceeding from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 0900395**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue, within thirty (30) days of the date of this order, written rulings vacating its May 9, 2019 order denying relator's motion to transfer venue, granting relator's motion to transfer venue, and transferring the underlying proceeding to Smith County. We further **ORDER** the trial court to remove the underlying proceeding from that court's July 26, 2019 trial docket. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its order evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue.

/s/     BILL WHITEHILL
           JUSTICE